# **EXHIBIT A**

# Bank of America Revolving Loan Availability

| Date | Revolving Loan Availability |
|---|---|
| 4/29/16 | $ 16,744,584 |
| 5/31/16 | $ 12,646,037 |
| 6/30/16 | $ 14,428,141 |
| 7/29/16 | $ 7,713,254 |
| 8/31/16 | $ 6,707,625 |
| 9/30/16 | $ 8,554,771 |
| 10/31/16 | $ 7,418,997 |
| 11/30/16 | $ 3,619,580 |
| 12/30/16 | $ 41,569,109 |
| 1/31/17 | $ 34,078,220 |
| 2/28/17 | $ 35,340,996 |
| 3/31/17 | $ 7,236,853 |
| 4/28/17 | $ 4,999,526 |
| 5/31/17 | $ 4,063,519 |
| 6/30/17 | $ 2,029,330 |
| 7/31/17 | $ 2,368,892 |
| 8/31/17 | $ 1,519,795 |
| 9/29/17 | $ 1,750,524 |
| 10/31/17 | $ 4,133,233 |
| 11/30/17 | $ 3,274,116 |
| 12/29/17 | $ 6,838,950 |
| 1/31/18 | $ 7,593,367 |
| 2/28/18 | $ 4,738,801 |
| 3/30/18 | $ 583,773 |
| 4/30/18 | $ 1,531,685 |
| 5/31/18 | $ 3,015,713 |
| 6/29/18 | $ 2,267,212 |
| 7/31/18 | $ 5,850,159 |
| 8/31/18 | $ 3,241,695 |
| 9/28/18 | $ 1,800,454 |
| 10/31/18 | $ 2,262,784 |
| 11/30/18 | $ 1,663,739 |
| 12/31/18 | $ 1,675,272 |
| 1/31/19 | $ 3,247,821 |
| 2/28/19 | $ 1,146,269 |
| 3/31/19 | $ 1,152,976 |
| 4/30/19 | $ 2,105,127 |
| 5/31/19 | $ 528,920 |
| 6/30/19 | $ 730,263 |
| 7/31/19 | $ 1,269,839 |
| 8/30/19 | $ 3,964,862 |
| 9/30/19 | $ 7,147,380 |



Revolving Loan Availability — chart with annotations: BLACK DIAMOND ACQUISITION OF BAYOU 4/4/16; VINTON SALE 12/20/16; DISTRIBUTION EFFECT 3/17/17; BANKRUPTCY FILING 10/1/19.