# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.* <br><br> Debtors.[1] | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., et al., <br><br> Plaintiff, <br><br> v. <br><br> BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED, <br><br> Defendants. | Adv. Pro. No.: 21-51013 (KBO) <br><br> **Re: Adv. D.I. 1 & 2** |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS ROB ARCHAMBAULT, TERRENCE TAFT, AND ROBERT UNFRIED TO RESPOND TO THE COMPLAINT

Plaintiff George L. Miller, Chapter 7 Trustee (the "Plaintiff" or "Trustee") for the jointly administered Chapter 7 bankruptcy estates of Bayou Steel BD Holdings, L.L.C., BD Bayou Steel Investment, LLC, and BD LaPlace, LLC, (collectively, "Debtors"); and Rob Archambault, Terrence Taft, and Robert Unfried (collectively, the "Stipulating Defendants" and, together with

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time for Defendants Rob Archambault, Terrence Taft, and Robert Unfried to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

WHEREAS, on August 11, 2021, the Trustee filed that certain *Complaint* (the "Complaint") commencing the above-captioned adversary proceeding, Adv. Pro. No.: 21-51013 (KBO) (the "Adversary Proceeding") against, among others, the Stipulating Defendants in the United States Bankruptcy Court for the District of Delaware (the "Court") [Adv. Docket No. 1];

WHEREAS, on August 11, 2021, the Trustee filed that certain *Summons and Notice of Pretrial Conference in an Adversary Proceeding* [Adv. Docket No. 2] (the "Summons"), scheduling the pretrial conference for a time to be determined;

WHEREAS, on or about August 17, 2021, the Stipulating Defendants were served with the Complaint and Summons; and

WHEREAS, the Stipulating Defendants have requested an extension of the response deadline so that they may take appropriate steps to respond to the Complaint and otherwise defends themselves.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and each Stipulating Defendant, as follows:

1. The deadline by which the Stipulating Defendants must move, answer, or otherwise respond to the Complaint shall be extended through and including November 10, 2021.

2. This Stipulation is without prejudice to further requests for extensions of the deadline by which a Stipulating Defendant must move, answer, or otherwise respond to the Complaint in accordance with the Local Rules of Bankruptcy Practice and Procedure in the United States Bankruptcy Court for the District of Delaware.

3. The Court shall, and hereby does, retain jurisdiction with respect to the enforcement, implementation, and interpretation of this Stipulation.

Dated: September 10, 2021
       Wilmington, Delaware

| PACHULSKI STANG ZIEHL & JONES LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
|---|---|
| */s/ Colin R. Robinson* | */s/ Jennifer R. Hoover* |
| Bradford J. Sandler (#4142) | Jennifer R. Hoover, Esq. (#5111) |
| Colin R. Robinson (#5524) | John C. Gentile, Esq. (#6159) |
| Peter J. Keane (#5503) | 1313 North Market Street, Suite 1201 |
| 919 North Market Street | Wilmington, DE 19801 |
| 17th Floor | Telephone: (302) 442-7010 |
| Wilmington, DE 19801 | Email: jhoover@beneschlaw.com |
| Telephone: (302) 652-4100 |        jgentile@beneschlaw.com |
| bsandler@pszjlaw.com | |
| crobinson@pszjlaw.com | -and- |
| pkeane@pszjlaw.com | |
| | J. Erik Connolly (*pro hac vice* forthcoming) |
| -and- | Sven T. Nylen (*pro hac vice* forthcoming) |
| | 71 South Wacker Drive, Suite 1600 |
| KAUFMAN, COREN & RESS, P.C. | Chicago, Illinois 60606-4637 |
| Steven M. Coren | Telephone: (312) 212-4949 |
| Benjamin M. Mather | Facsimile: (312) 767-9192 |
| Janice I. Daul | Email: econnolly@beneschlaw.com |
| Two Commerce Square |        snylen@beneschlaw.com |
| 2001 Market Street, Suite 3900 | |
| Philadelphia, PA 19103 | *Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried* |
| Tel: (215) 735-8700 | |
| | |
| *Counsel to the Chapter 7 Trustee* | |