# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.* | Case No. 19-12153 (KBO) |
| Debtors.[1] | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., et al., | |
| Plaintiff, | Adv. Pro. No.: 21-51013 (KBO) |
| v. | **Re: Adv. D.I. 1 & 2** |
| BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED, | |
| Defendants. | |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS ROB ARCHAMBAULT, TERRENCE TAFT, AND ROBERT UNFRIED TO RESPOND TO THE COMPLAINT

Upon consideration of the *Stipulation for Extension of Time for Defendants Rob Archambault, Terry Taft, and Bob Unfried to Respond to the Complaint* (the "Stipulation"),[2] and the Court having determined that good and adequate cause exists for approval of the Stipulation;

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

[2] Undefined terms used herein shall have the meanings ascribed to them in the Stipulation.

and the Court having determined that no further or other notice of the Stipulation need be given, it is hereby ORDERED that:

1. The Stipulation is APPROVED.

2. The deadline by which the Stipulating Defendants must move, answer, or otherwise respond to the Complaint shall be extended through and including November 10, 2021.

3. This Stipulation is without prejudice to further requests for extensions of the deadline by which a Stipulating Defendant must move, answer, or otherwise respond to the Complaint in accordance with the Local Rules of Bankruptcy Practice and Procedure in the United States Bankruptcy Court for the District of Delaware.

4. The Court shall, and hereby does, retain jurisdiction with respect to the enforcement, implementation, and interpretation of this Stipulation.

Dated: September 13th, 2021  
Wilmington, Delaware

**KAREN B. OWENS**  
**UNITED STATES BANKRUPTCY JUDGE**