# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered)<br><br>Adv. No. 21-51013 (KBO) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>Defendants. | **Re: Adv. D.I. 1 & 2** |

**ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANTS TO RESPOND TO THE COMPLAINT
AND AGREED BRIEFING SCHEDULE**

Upon consideration of the *Stipulation for Extension of Time for Defendants to Respond to the Complaint and Agreed Briefing Schedule* (the "Stipulation"),[2] and the Court having determined

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

[2] Undefined terms used herein shall have the meanings ascribed to them in the Stipulation.

that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further or other notice of the Stipulation need be given, it is hereby ORDERED that:

1. The Stipulation is APPROVED.

2. The deadline by which the Defendants must move, answer, or otherwise respond to the Complaint shall be extended through and including November 22, 2021.

3. The Trustee shall file any responsive papers on or before January 24, 2022.

4. The Defendants shall file any replies on or before February 28, 2022.

5. This Stipulation is without prejudice to further requests for extensions of the foregoing deadlines in accordance with the Local Rules of Bankruptcy Practice and Procedure in the United States Bankruptcy Court for the District of Delaware.

6. The Court shall, and hereby does, retain jurisdiction with respect to the enforcement, implementation, and interpretation of this Stipulation.

**Dated: October 20th, 2021**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:236648.1 57095/001