# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>        Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>        Plaintiff,<br><br>v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>        Defendants. | Adv. Proc. No.: 21-51013 (KBO)<br><br>**Re: Adv. D.I. 1** |

## INDEPENDENT DIRECTORS' MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7012 of the Federal Rules of Bankruptcy Procedure, Defendants Rob Archambault, Terry Taft, and Bob Unfried (collectively, the "Independent Directors"), hereby

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

move to dismiss with prejudice each of the Counts of Plaintiff's Complaint asserted against them (Claims Nine, Eleven, and Twelve). In support of hereof, the Independent Directors incorporate their contemporaneously filed Opening Brief.

Dated: November 22, 2021
Wilmington, Delaware

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

 /s/ Jennifer R. Hoover
Jennifer R. Hoover (No. 5111)
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Email: jhoover@beneschlaw.com

-and-

Sven T. Nylen (admitted *pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Telephone: (312) 212-4949
Email: snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried*

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2021, I caused the foregoing to be filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
crobinson@pszjlaw.com

Lawrence S. Robbins
William J. Trunk
Jack A. Herman
Leslie C. Esbrook
ROBBINS, RUSSELL, ENGLERT, ORSECK
 & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
Email: lrobbins@robbinsrussell.com

ZAIGER LLC
Jeffrey H. Zaiger (admitted *pro hac vice*)
Judd A. Lindenfeld (admitted *pro hac vice*)
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Tel: (917) 572-7701
Email: jzaiger@zaigerllc.com

FOX ROTHSCHILD LLP
Seth A. Niederman (DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19801-3062
Tel.: (302) 654-7444
Fax: (302) 656-8920
Email: sniederman@foxrothschild.com

        */s/ Jennifer R. Hoover*
    Jennifer R. Hoover (No. 5111)