IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>      Debtors, | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered)<br><br>Adv. No. 21-51013 (KBO)<br><br>Re: Adv. D.I. 1 |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>      Plaintiff,<br><br> v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>      Defendants. | |

**DEFENDANTS BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C., BDCM OPPORTUNITY FUND IV, L.P., BLACK DIAMOND COMMERCIAL FINANCE, L.L.C, SAM FARAHNAK, AND PHIL RAYGORODETSKY'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable to these proceedings by Rule 7012 of the Federal Rules of Bankruptcy Procedure, and for the reasons set forth in the accompanying memorandum (the "Memorandum") in support of this motion (the

128243272.1

"Motion"), defendants Black Diamond Capital Management, L.L.C. ("BDCM"), BDCM Opportunity Fund IV, L.P. ("Fund IV"), Black Diamond Commercial Finance, L.L.C ("BDCF") (collectively, with BDCM and Fund IV, the "Black Diamond Entities"), Sam Farahnak, and Phil Raygorodetsky (together, the "Director Defendants," and, collectively with the Black Diamond Entities, the "Black Diamond Defendants") hereby respectfully move for dismissal with prejudice of the complaint (Adv. D.I. 1) (the "Complaint") filed by Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.* (the "Debtors").

WHEREFORE, the Black Diamond Defendants respectfully request that this Court enter an order in substantially the form attached hereto as **Exhibit A** and grant such further relief as the Court may deem necessary and proper.

[*Remainder of page intentionally left blank.*]

Dated: November 22, 2021
Wilmington, Delaware

| | |
|---|---|
| **FOX ROTHSCHILD LLP** | **ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP** |
| */s/ Seth A. Niederman* | |
| Seth A. Niederman (DE No. 4588) | Lawrence S. Robbins (admitted pro hac vice) |
| 919 N. Market Street, Suite 300 | William J. Trunk (admitted pro hac vice) |
| Wilmington, DE 19801-3062 | Jack A. Herman (admitted pro hac vice) |
| Tel.: (302) 654-7444 | Leslie C. Esbrook (admitted pro hac vice) |
| Fax: (302) 656-8920 | 2000 K Street, N.W., 4th Floor |
| sniederman@foxrothschild.com | Washington, D.C. 20006 |
| | Tel: (202) 775-4500 |
| | Fax: (202) 775-4510 |
| | lrobbins@robbinsrussell.com |

-and-

**ZAIGER LLC**

Jeffrey H. Zaiger (admitted pro hac vice)
Judd A. Linden (admitted pro hac vice)
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Tel: (917) 572-7701
jzaiger@zaigerllc.com

*Counsel for Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*