## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*, | Case No. 19-12153 (KBO) |
| Debtors. | (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*, | Adv. Proc. No.: 21-51013 (KBO) |
| Plaintiff, | **Re: Adv. D.I. 1, 25** |
| v. | |
| BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED, | |
| Defendants. | |

## <u>ORDER DISMISSING COMPLAINT</u>

Upon the *Independent Directors' Motion to Dismiss* (the "<u>Motion</u>"); the Court having

reviewed the Motion, the accompanying Opening Brief, and the responses thereto, if any; and the

Court having determined that the legal and factual basis set forth in the Motion establish just

cause for the relief granted herein; and after due deliberation and sufficient cause appearing

therefore,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted.

2.      The Complaint (Adv. D.I. 1) is hereby dismissed with prejudice as to the

Independent Directors.


        Dated: _____, 2021

        Wilmington, Delaware
                                                _____
                                                The Honorable Karen B. Owens
                                                United States Bankruptcy Judge