## CERTIFICATE OF SERVICE

I, Bradford J. Sandler, hereby certify that on the 24th day of January, 2022, I caused a copy of the following to be served on the attached service list via Electronic Mail.

- **Plaintiff's Unopposed Motion for Authorization to Exceed Page Limit With respect To His Omnibus Opposition to Defendants' Motions to Dismiss**

Dated: January 24, 2022

                                           */s/ Bradford J. Sandler*
                                           Bradford J. Sandler (DE Bar No. 4142)

BAYOU-BLACK DIAMOND
SERVICE LIST-ADV 21-51013
09-ELECTRONIC MAIL

*Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
Lawrence S. Robbins
William J. Trunk
Jack A. Herman
Leslie C. Esbrook
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
lrobbins@robbinsrussell.com; wtrunk@robbinsrussell.com; jherman@robbinsrussell.com;
lesbrook@robbinsrussell.com

*Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*
ZAIGER LLC
Jeffrey H. Zaiger
432 Park Avenue, Suite 19A
New York, NY 10022
Email: jzaiger@zaigerllc.com

*Counsel to Defendants Rob Archambault,
Terry Taft, and Bob Unfried*
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover, Esq.
1313 North Market Street, Suite 1201
Wilmington, DE 19801
jhoover@beneschlaw.com

*Counsel to Defendants Rob Archambault,
Terry Taft, and Bob Unfried*
J. Erik Connolly
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
econnolly@beneschlaw.com; snylen@beneschlaw.com

*Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky* FOX ROTHSCHILD LLP
Seth A. Niederman
919 N. Market Street, Suite 300
Wilmington, DE 19801-3062
Email: sniederman@foxrothschild.com