# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.,*<br><br>Debtors, | **Chapter 7**<br><br>**Case No. 19-12153 (KBO)**<br>**(Jointly Administered)** |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.,*<br><br>Plaintiff,<br><br>v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>Defendants. | **Adv. No. 21-51013 (KBO)**<br><br>**Re: Adv. D.I. 1, 27, 28, 46** |

## REQUEST FOR ARGUMENT

Pursuant to Del. Bankr. L.R. 7007-3, Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky (collectively, "Defendants"), respectfully request oral argument on *Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss* (the "Motion to Dismiss") [D.I. 27] filed by the Defendants on November 22, 2021. The Motion to Dismiss is fully briefed and ready for the Court's consideration.

Date: March 2, 2022

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
FOX ROTHSCHILD LLP
919 N. Market Street, Suite 300
Wilmington, DE 19801-3062
Tel.: (302) 654-7444
Fax: (302) 656-8920
sniederman@foxrothschild.com

Respectfully submitted,

*/s/ Lawrence S. Robbins*
Lawrence S. Robbins
William J. Trunk
Jack A. Herman
Leslie C. Esbrook
ROBBINS, RUSSELL, ENGLERT,
ORSECK & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel.: (202) 775-4500
Fax: (202) 775-4510
lrobbins@robbinsrussell.com

ZAIGER LLC
Jeffrey H. Zaiger (admitted *pro hac vice*)
Judd A. Linden (admitted *pro hac vice*)
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Tel: (917) 572-7701
jzaiger@zaigerllc.com

*Counsel for Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
          crobinson@pszjlaw.com
          pkeane@pszjlaw.com


KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
E-mail: scoren@kcr-law.com
          bmather@kcr-law.com
          jdaul@kcr-law.com

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover, Esq. (#5111)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: 302-442-7010
Email: jhoover@beneschlaw.com


J. Erik Connolly (*pro hac vice*)
Sven T. Nylen (*pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel: 312-212-4949
Fax: 312-767-9192
Email: econnolly@beneschlaw.com
          snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried*


          */s/ Seth A. Niederman*
          Seth A. Niederman (DE No. 4588)
          FOX ROTHSCHILD LLP
          919 N. Market Street, Suite 300
          Wilmington, DE 19801-3062
          Tel.: (302) 654-7444
          Fax: (302) 656-8920
          sniederman@foxrothschild.com