IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 19-12153 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED, <br><br> Defendants. | Adv. Proc. No.: 21-51013 (KBO) <br><br> **Re: Adv. D.I. 25** |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Del. Bankr. L.R. 7007-3, Defendants Rob Archambault, Terry Taft, and Bob Unfried (collectively, the "Independent Directors"), by and through their undersigned counsel, hereby respectfully requests that oral argument be scheduled on the *Independent Directors' Motion*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

15467034

*to Dismiss* [Adv. D.I. 25] (the "Motion to Dismiss").  The Motion to Dismiss is fully briefed and ripe for the Court's consideration.  *See*, D.I. 25, 26, 35, 47.

| | |
|---|---|
| Dated: March 3, 2022<br>Wilmington, Delaware | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br><br> */s/ Kevin M. Capuzzi*<br>Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>Telephone: (302) 442-7010<br>Email: jhoover@beneschlaw.com<br><br>-and-<br><br>Sven T. Nylen (admitted *pro hac vice*)<br>Jacob H. Marshall (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 1600<br>Chicago, Illinois 60606-4637<br>Telephone: (312) 212-4949<br>Email: snylen@beneschlaw.com<br><br>*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried* |

## **CERTIFICATE OF SERVICE**

I, Kevin M. Capuzzi, hereby certify that, on March 3, 2022, a true and correct copy of the foregoing *Request for Oral Argument* was served via CM/ECF on the parties listed below:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
      crobinson@pszjlaw.com
      pkeane@pszjlaw.com

-and-

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
E-mail: scoren@kcr-law.com
      bmather@kcr-law.com
      jdaul@kcr-law.com

*Counsel to Chapter 7 Trustee*

Lawrence S. Robbins
William J. Trunk
Jack A. Herman
Leslie C. Esbrook
ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Tel: (202) 775-4500
Fax: (202) 775-4510
Email: lrobbins@robbinsrussell.com

-and-

ZAIGER LLC
Jeffrey H. Zaiger (admitted *pro hac vice*)
Judd A. Lindenfeld (admitted *pro hac vice*)
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Tel: (917) 572-7701
Email: jzaiger@zaigerllc.com

-and-

FOX ROTHSCHILD LLP
Seth A. Niederman (DE No. 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19801-3062
Tel.: (302) 654-7444
Fax: (302) 656-8920
Email: sniederman@foxrothschild.com

*Counsel for Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*

                                        */s/ Kevin M. Capuzzi*
                                        Kevin M. Capuzzi (No. 5462)