# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>                  Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>                    Plaintiff,<br><br>      v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>                  Defendants. | Adv. Proc. No.: 21-51013 (KBO)<br><br>**RE: Adv. D.I. 1, 25, 26, 27, 28, 29, 31, 35, 46, 47, 48, 49** |

## JOINT NOTICE OF COMPLETION OF BRIEFING

PLEASE TAKE NOTICE that briefing concerning (a) the *Independent Directors' Motion to Dismiss* [Adv. D.I. 25] and (b) *Defendants Black Diamond Capital Management, L.L.C.,*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

15482922

*BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss* [Adv. D.I. 27] has been completed.

Pleadings relevant to these matters are as follows:

1. Complaint, filed 8/11/2021 [Adv. D.I. 1];

2. Independent Directors' Motion to Dismiss, filed 11/22/2021 [Adv. D.I. 25];

3. Opening Brief in Support of Independent Directors' Motion to Dismiss, filed 11/22/2021 [Adv. D.I. 26];

4. Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss, filed 11/22/2021 [Adv. D.I. 27];

5. Memorandum in Support of Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss, filed 11/22/2021 [Adv. D.I. 28];

6. [SEALED] Declaration of William J. Trunk in Support of Motion to Dismiss, filed 11/22/2021 [Adv. D.I. 29];

7. Proposed Order Dismissing Complaint, filed 11/22/2021 [Adv. D.I. 31];

8. Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss, filed 1/24/2022 [Adv. D.I. 35];

9. Reply in Support of Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss, filed 2/28/2022 [Adv. D.I. 46];

10. Reply Brief in Support of Independent Directors' Motion to Dismiss, filed 2/28/2022 [Adv. D.I. 47];

11. Request for Oral Argument, filed 3/3/2022 [Adv. D.I. 48]; and

12. Request for Oral Argument, filed 3/3/2022 [Adv. D.I. 49].

Counsel respectfully submits that these matters are ready for disposition.

Dated:  March 10, 2022
Wilmington, Delaware

| | |
|---|---|
| FOX ROTHSCHILD LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| /s/ Seth A. Niederman | /s/ Kevin M. Capuzzi |
| Seth A. Niederman (DE No. 4588)<br>919 N. Market Street, Suite 300<br>Wilmington, DE  19801-3062<br>Telephone: (302) 654-7444<br>Email: sniederman@foxrothschild.com | Jennifer R. Hoover (No. 5111)<br>Kevin M. Capuzzi (No. 5462)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Email: jhoover@beneschlaw.com |
| -and- | -and- |
| Lawrence S. Robbins<br>William J. Trunk<br>Jack A. Herman<br>Leslie C. Esbrook<br>ROBBINS, RUSSELL, ENGLERT, ORSECK & UNTEREINER LLP<br>2000 K Street, N.W., 4th Floor<br>Washington, DC 20006<br>Telephone: (202) 775-4500<br>Email: lrobbins@robbinsrussell.com | Sven T. Nylen (admitted *pro hac vice*)<br>Jacob H. Marshall (admitted *pro hac vice*)<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL 60606-4637<br>Telephone: (312) 212-4949<br>Email: snylen@beneschlaw.com<br>           jmarshall@beneschlaw.com<br><br>*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried* |
| -and- | |
| Jeffrey H. Zaiger (admitted *pro hac vice*)<br>Judd A. Lindenfeld (admitted *pro hac vice*)<br>ZAIGER LLC<br>2187 Atlantic Street, 9th Floor<br>Stamford, CT 06902<br>Telephone: (917) 572-7701<br>Email: jzaiger@zaigerllc.com | |
| *Counsel for Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky* | |

3

## CERTIFICATE OF SERVICE

I, Kevin M. Capuzzi, hereby certify that, on March 10, 2022, a true and correct copy of the foregoing *Joint Notice of Completion of Briefing* was served via CM/ECF on the parties listed below:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
      crobinson@pszjlaw.com
      pkeane@pszjlaw.com

-and-

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
E-mail: scoren@kcr-law.com
      bmather@kcr-law.com
      jdaul@kcr-law.com

*Counsel to Chapter 7 Trustee*

                                       */s/ Kevin M. Capuzzi*
                                       Kevin M. Capuzzi (No. 5462)