# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br>         Debtors. | Chapter 7<br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>         Plaintiff,<br>  v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C., *et al.*,<br><br>         Defendants. | Adv. No. 21-51013 (KBO)<br><br>**Hearing Date: May 25, 2022 at 11:00 a.m. (ET)**<br>**Ref. Adv. Docket Nos. 25, 27** |

## NOTICE OF ORAL ARGUMENT ON DEFENDANTS' MOTIONS TO DISMISS

**PLEASE TAKE NOTICE** that a hearing with respect to oral argument on the: (i) *Independent Directors Motion to Dismiss* (Adv. Docket No. 25); and (ii) *Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss* (Adv. Docket No. 27) will be held on **May 25, 2022, at 11:00 a.m. (Prevailing Eastern Time)** before the Honorable Karen B. Owens, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

Dated: March 28, 2022  **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Tel: (302) 652-4100
Fax: (302) 652 -4400
E-mail: bsandler@pszjlaw.com
 crobinson@pszjlaw.com
 pkeane@pszjlaw.com

and

**KAUFMAN, COREN & RESS, P.C.**
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice D. Felix, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
E-mail: scoren@kcr-law.com
 bmather@kcr-law.com
 jfelix@kcr-law.com

*Counsel for George L. Miller, Chapter 7 Trustee*