## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>         Debtors. | Chapter 7<br>Case No.  19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>         Plaintiff,<br>   v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C., *et al.*,<br><br>         Defendants. | Adv. No. 21-51013 (KBO) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MAY 25, 2022 AT 11:00 A.M. (PREVAILING EASTERN TIME)
BEFORE THE HONORABLE KAREN B. OWENS**

> **PLEASE TAKE NOTICE: Until further notice, all hearings scheduled before Judge Owens will be conducted entirely over Zoom. All individuals participating by video must register at least 2 hours prior to the hearing at the provided link.  You must register with your full name or you will not be permitted into the Zoom hearing.**
>
> **Zoom link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItdeCtqjouG4xZXZZfhnYZwtVV6DGJQCI**

## MATTER GOING FORWARD:

I.    *Miller v. Black Diamond Capital Management, L.L.C., et al*, Adv. Proc. No. 21-51013 (KBO)

        1.    Complaint [Filed 8/11/2021, Adv. Docket No. 1]

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

2. Independent Directors' Motion to Dismiss [Filed 11/22/2021, Adv. Docket No. 25]

3. Opening Brief in Support of Independent Directors' Motion to Dismiss [Filed 11/22/2021, Adv. Docket No. 26]

4. Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss [Filed 11/22/2021, Adv. Docket No. 27]

5. Memorandum in Support of Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss [Filed 11/22/2021, Adv. Docket No. 28]

6. [SEALED] Declaration of William J. Trunk in Support of Motion to Dismiss [Filed 11/22/2021, Adv. Docket No. 29]

7. Proposed Order Dismissing Complaint [Filed 11/22/2021, Adv. Docket No. 31]

8. Plaintiff's Omnibus Memorandum of Law in Opposition to Defendants' Motions to Dismiss [Filed 1/24/2022, Adv. Docket No. 35]

9. Reply in Support of Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C, Sam Farahnak, and Phil Raygorodetsky's Motion to Dismiss [Filed 2/28/2022, Adv. Docket No. 46]

10. Reply Brief in Support of Independent Directors' Motion to Dismiss [Filed 2/28/2022, Adv. Docket No. 47]

11. Request for Oral Argument [Filed 3/3/2022, Adv. Docket No. 48]

12. Request for Oral Argument [Filed 3/3/2022, Adv. Docket No. 49]

13. Notice of Completion of Briefing [Filed 3/10/2022, Adv. Docket No. 50]

14. Notice of Oral Argument on Defendants' Motions to Dismiss [Filed 3/28/2022, Adv. Docket No. 51]

<u>Status</u>:  Oral argument on the Motions to Dismiss will be going forward.

Dated: May 23, 2022                PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*

Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:   bsandler@pszjlaw.com
           crobinson@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel to George L. Miller, Chapter 7 Trustee*