## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>                     Debtors, | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered)<br><br>Adv. No. 21-51013 (KBO) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, LLC, *et al.*,<br><br>                     Plaintiff,<br><br>   v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, LLC; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, LLC; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>                     Defendants. |  |

## <u>NOTICE OF SERVICE</u>

Please take notice that true and correct copies of the *Initial Disclosures of Defendants Black Diamond Capital Management, LLC ("BDCM" or "Black Diamond"), BDCM Opportunity Fund IV, LP ("Fund IV"), Black Diamond Commercial Finance, LLC ("BDCF"), Sam Farahnak, and Phil Raygorodetsky*, (collectively, the "Black Diamond Defendants")*,* were served on July 28, 2023 by electronic service upon the following individuals:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
E-mail: scoren@kcr-law.com
        bmather@kcr-law.com
        jdaul@kcr-law.com

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Jennifer R. Hoover, Esq. (#5111)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: 302-442-7010
jhoover@beneschlaw.com


J. Erik Connolly (*pro hac vice*)
Sven T. Nylen (*pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel: 312-212-4949
Fax: 312-767-9192
econnolly@beneschlaw.com
snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault,*
*Terry Taft, and Bob Unfried*


**FOX ROTHSCHILD LLP**


*/s/ Seth A. Niederman*
Seth A. Niederman(DE No    . 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19801
(302) 654-7444
sniederman@foxrothschild.com

*Counsel to Black Diamond Defendants*


Dated: July 28, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, the foregoing Notice of Service was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, and in the manner indicated on the attached service list.

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)

Dated:  July 28, 2023

3

## SERVICE LIST (all via E-mail)

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
        crobinson@pszjlaw.com
        pkeane@pszjlaw.com

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
E-mail: scoren@kcr-law.com
        bmather@kcr-law.com
        jdaul@kcr-law.com

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Jennifer R. Hoover, Esq. (#5111)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: 302-442-7010
jhoover@beneschlaw.com

J. Erik Connolly (*pro hac vice*)
Sven T. Nylen (*pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel: 312-212-4949
Fax: 312-767-9192
econnolly@beneschlaw.com
snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault,
Terry Taft, and Bob Unfried*

147782313.1