# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br>      Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br>      Plaintiff,<br>v.<br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C., *et al.*,<br>      Defendants. | Adv. No. 21-51013 (KBO) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE THAT on July 28, 2023, Plaintiff George L. Miller, in his capacity as Chapter 7 Trustee, served the *Trustee's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)* upon the parties on the attached service list via Electronic Mail.

*[The Remainder of This Page is Intentionally Left Blank.]*

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

Dated: July 28, 2023   **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Fax: (302) 652 -4400
E-mail: bsandler@pszjlaw.com
 crobinson@pszjlaw.com
 pkeane@pszjlaw.com

**COREN & RESS, P.C.**
Steven M. Coren, Esq. (*pro hac vice*)
Benjamin M. Mather, Esq. (*pro hac vice*)
Janice D. Felix, Esq. (*pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
E-mail: scoren@kcr-law.com
 bmather@kcr-law.com
 jfelix@kcr-law.com

*Counsel for George L. Miller, Chapter 7 Trustee*

# SERVICE LIST

*Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*
KRAMER LEVIN ROBBINS RUSSELL
Lawrence S. Robbins
William J. Trunk
Jack A. Herman
Leslie C. Esbrook
2000 K Street, N.W., 4th Floor
Washington, D.C. 20006
Email: lrobbins@kramerlevin.com; wtrunk@kramerlevin.com; jherman@kramerlevin.com; lesbrook@kramerlevin.com

*Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*
ZAIGER LLC
Jeffrey H. Zaiger
432 Park Avenue, Suite 19A
New York, NY 10022
Email: jzaiger@zaigerllc.com

*Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*
FOX ROTHSCHILD LLP
Seth A. Niederman
919 N. Market Street, Suite 300
Wilmington, DE 19801-3062
Email: sniederman@foxrothschild.com

*Counsel to Defendants Rob Archambault,*
*Terry Taft, and Bob Unfried*
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover, Esq.
1313 North Market Street, Suite 1201
Wilmington, DE 19801
jhoover@beneschlaw.com

*Counsel to Defendants Rob Archambault,*
*Terry Taft, and Bob Unfried*
J. Erik Connolly
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
econnolly@beneschlaw.com; snylen@beneschlaw.com