# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors, | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, LLC, *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, LLC; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, LLC; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>　　　　　　　　　　Defendants. | Adv. No. 21-51013 (KBO) |

## NOTICE OF SERVICE

Please take notice that true and correct copies of Black Diamond Defendants' First Set Of Requests For Production Of Documents To Plaintiff George L. Miller, In His Capacity As Chapter 7 Trustee were served on September 21, 2023 by electronic mail upon the following individuals:

149719395.1

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
Email:  bsandler@pszjlaw.com
　　　　crobinson@pszjlaw.com
　　　　pkeane@pszjlaw.com

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
Email: scoren@kcr-law.com
　　　　bmather@kcr-law.com
　　　　jdaul@kcr-law.com

Counsel for Plaintiff George L. Miller,
in his capacity as Chapter 7 Trustee for the
jointly administered bankruptcy estates
of Bayou Steel BD Holdings, L.L.C., et al.

September 21, 2023

BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
Jennifer R. Hoover, Esq.
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: 302-442-7010
Email: jhoover@beneschlaw.com

J. Erik Connolly
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel: 312-212-4949
Fax: 312-767-9192
Email: econnolly@beneschlaw.com
Email : snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault,
Terry Taft, and Bob Unfried*

**FOX ROTHSCHILD LLP**

*/s/ Seth A. Niederman*
Seth A. Niederman(DE No　 . 4588)
919 N. Market Street, Suite 300
Wilmington, DE 19801
(302) 654-7444
sniederman@foxrothschild.com

*Counsel to Black Diamond Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2023, the foregoing Notice of Service was served via the Court's CM/ECF electronic filing system on all parties registered to receive such notice, and in the manner indicated on the attached service list.

/s/ Seth A. Niederman
Seth A. Niederman (DE No. 4588)

**SERVICE LIST (all via E-mail)**

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
Email:  bsandler@pszjlaw.com
    crobinson@pszjlaw.com
    pkeane@pszjlaw.com

KAUFMAN, COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice I. Daul, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
Email: scoren@kcr-law.com
    bmather@kcr-law.com
    jdaul@kcr-law.com

Counsel for Plaintiff George L. Miller,
in his capacity as Chapter 7 Trustee for the
 jointly administered bankruptcy estates
of Bayou Steel BD Holdings, L.L.C., et al.

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
Jennifer R. Hoover, Esq.
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: 302-442-7010
Email: jhoover@beneschlaw.com

J. Erik Connolly
Sven T. Nylen
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel: 312-212-4949
Fax: 312-767-9192
Email: econnolly@beneschlaw.com
Email : snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried*

149719395.1