# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br>        Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br>        Plaintiff,<br>v.<br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C., *et al.*,<br>        Defendants. | Adv. No. 21-51013 (KBO) |

**NOTICE OF SERVICE OF (I) TRUSTEE'S
FIRST SET OF INTERROGATORIES DIRECTED TO BLACK
DIAMOND DEFENDANTS; AND (II) TRUSTEE'S FIRST SET OF REQUESTS FOR
PRODUCTION OF DOCUMENTS DIRECTED TO BLACK DIAMOND DEFENDANTS**

PLEASE TAKE NOTICE that on the 12th day of October, 2023, true and correct copies of the (i) *Trustee's First Set of Interrogatories Directed to Black Diamond Defendants* and the (ii) *Trustee's First Set of Requests for Production of Documents Directed to Black Diamond Defendants* were served on the individual(s) listed below as and in the manner indicated:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

**Email**
(Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky)
Seth A. Niederman
Fox Rothschild LLP
919 N. Market Street, Suite 300
Wilmington, DE  19801-3062
Email: sniederman@foxrothschild.com

**Email**
(Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky)
Lawrence S. Robbins
Friedman Kaplan Seiler Adelman & Robbins LLP
7 Times Square
New York, NY  10036
Email:  lrobbins@fklaw.com

**Email**
(Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky)
William J. Trunk
Jack A. Herman
Paul Brzyski
Kramer Levin Naftalis & Frankel LLP
2000 K Street, N.W., 4th Floor
Washington, DC  20006
Email: wtrunk@kramerlevin.com; jherman@kramerlevin.com; pbrzyski@kramerlevin.com

**Email**
(Counsel to Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky)
Jeffrey H. Zaiger
Judd A. Linden
Zaiger LLC
2187 Atlantic Street, 9th Floor
Stamford, CT 06902
Email: jzaiger@zaigerllc.com; jlinden@zaigerllc.com

*[Remainder of Page Intentionally Left Blank]*

Dated: October 13, 2023

**PACHULSKI STANG ZIEHL & JONES LLP**

<u>*/s/ Colin R. Robinson*</u>
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Fax: (302) 652 -4400
E-mail: bsandler@pszjlaw.com
       crobinson@pszjlaw.com
       pkeane@pszjlaw.com

**COREN & RESS, P.C.**
Steven M. Coren, Esq. (*pro hac vice*)
Benjamin M. Mather, Esq. (*pro hac vice*)
Janice D. Felix, Esq. (*pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
E-mail: scoren@kcr-law.com
       bmather@kcr-law.com
       jfelix@kcr-law.com

*Counsel for George L. Miller, Chapter 7 Trustee*