# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C., *et al.*,<br><br>　　　　　Defendants. | Adv. No. 21-51013 (KBO) |

## NOTICE OF SERVICE OF (I) TRUSTEE'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANTS ARCHAMBAULT, TAFT, AND UNFRIED; AND (II) TRUSTEE'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS ARCHAMBAULT, TAFT, AND UNFRIED

PLEASE TAKE NOTICE that on the 12th day of October, 2023, true and correct copies of the (i) *Trustee's First Set of Interrogatories Directed to Defendants Archambault, Taft, and Unfried* and the (ii) *Trustee's First Set of Requests for Production of Documents Directed to Defendants Archambault, Taft, and Unfried* were served on the individual(s) listed below as and in the manner indicated:

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, are: Bayou Steel BD Holdings, L.L.C. (1984), BD Bayou Steel Investment, LLC (1222), and BD LaPlace, LLC (5783).

DOCS_DE:245323.1 57095/002

| | |
|---|---|
| **Email** <br>(Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried) <br>Jennifer R. Hoover <br>Benesch, Friedlander, Coplan & Aronoff LLP <br>1313 N. Market Street, Suite 1201 <br>Wilmington, DE  19801 <br>Email:  jhoover@beneschlaw.com <br><br>**Email** <br>(Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried) <br>J. Erik Connolly <br>Sven T. Nylen <br>Jacob H. Marshall <br>Benesch, Friedlander, Coplan & Aronoff LLP <br>71 S. Wacker Drive, Suite 1600 <br>Chicago, IL  60606-4637 <br>Email:  econnolly@beneschlaw.com; snylen@beneschlaw.com; jmarshall@beneschlaw.com | |

*[Remainder of Page Intentionally Left Blank]*

Dated: October 13, 2023      **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Tel: (302) 652-4100
Fax: (302) 652 -4400
E-mail: bsandler@pszjlaw.com
       crobinson@pszjlaw.com
       pkeane@pszjlaw.com

**COREN & RESS, P.C.**
Steven M. Coren, Esq. (*pro hac vice*)
Benjamin M. Mather, Esq. (*pro hac vice*)
Janice D. Felix, Esq. (*pro hac vice*)
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: (215) 735-8700
Fax: (215) 735-5170
E-mail: scoren@kcr-law.com
       bmather@kcr-law.com
       jfelix@kcr-law.com

*Counsel for George L. Miller, Chapter 7 Trustee*