# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, L.L.C., *et al.*,<br><br>　　　　　　　　　　Debtors, | Chapter 7<br><br>Case No. 19-12153 (KBO)<br>(Jointly Administered)<br><br>Adv. No. 21-51013 (KBO) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee for the jointly administered bankruptcy estates of Bayou Steel BD Holdings, L.L.C., *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>BLACK DIAMOND CAPITAL MANAGEMENT, L.L.C.; BDCM OPPORTUNITY FUND IV, L.P.; BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.; SAM FARAHNAK; PHIL RAYGORODETSKY; ROB ARCHAMBAULT; TERRY TAFT; and BOB UNFRIED,<br><br>　　　　　　　　　　Defendants. | |

**NOTICE OF COMPLETION OF BRIEFING REGARDING BLACK DIAMOND
DEFENDANTS' MOTION FOR RELIEF UNDER
<u>FED. R. CIV. P. 37(c)(1)(C) AND 37(e)</u>**

　　　　PLEASE TAKE NOTICE that Defendants Black Diamond Capital Management, L.L.C. ("BDCM"), BDCM Opportunity Fund IV, L.P. ("Fund IV"), Black Diamond Commercial Finance, L.L.C ("BDCF") (collectively, with BDCM and Fund IV, the "Black Diamond Entities"), Sam Farahnak, and Phil Raygorodetsky (together, the "Director Defendants," and, collectively

1

164012493.1

with the Black Diamond Entities, the "Black Diamond Defendants"), hereby provide notice that briefing has been completed with respect to *Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e)* (the "Motion") [Adversary Docket No. 130; Filed on August 30, 2024]. Below is a list of all relevant pleadings and docket numbers filed and related to the Motion.

| Tab No. | Date Filed | Docket No. | Pleading |
|---|---|---|---|
| 1 | 8/30/24 | 130 | Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) |
| 2 | 9/16/24 | 133 | Certification of Counsel Regarding Stipulation Extending Certain Deadlines |
| 3 | 9/17/24 | 134 | Order Approving Stipulation Extending Certain Deadlines |
| 4 | 9/30/24 | 136 | Plaintiff's Memorandum of Law in Opposition to Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) (Sealed) |
| 5 | 9/30/24 | 137 | Declaration of Steven M. Coren in Support of Trustee's Opposition to Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) (Sealed) |
| 6 | 9/30/24 | 138 | Motion to Seal Plaintiff's Memorandum of Law in Opposition to Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) |
| 7 | 9/30/24 | 139 | [Redacted] Plaintiff's Memorandum of Law in Opposition to Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) |
| 8 | 9/30/24 | 140 | [Redacted] Declaration of Steven M. Coren in Support of Trustee's Opposition to Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) |
| 9 | 10/18/24 | 143 | Black Diamond Defendants' Reply in Support of Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) |
| 10 | 10/18/24 | 144 | Exhibit 17 to Black Diamond Defendants' Reply in Support of Black Diamond Defendants' Motion for Relief Under Fed. R. Civ. P. 37(c)(1)(C) and 37(e) (Sealed) |

| | |
|---|---|
| Date: October 23, 2024 | Respectfully submitted,<br><br>/s/ Seth A. Niederman |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>William J. Trunk (admitted *pro hac vice*)<br>Jack A. Herman (admitted *pro hac vice*)<br>Paul Brzyski (admitted *pro hac vice*)<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>Tel: (202) 775-4500<br>Fax: (202) 775-4510<br>wtrunk@kramerlevin.com | Seth A. Niederman (DE No. 4588)<br>FOX ROTHSCHILD LLP<br>1201 N. Market Street, Suite 1200<br>Wilmington, DE 19801-3062<br>Tel.: (302) 654-7444<br>Fax: (302) 656-8920<br>sniederman@foxrothschild.com<br><br>ZAIGER LLC<br>Jeffrey H. Zaiger (admitted *pro hac vice*)<br>Judd A. Linden (admitted *pro hac vice*)<br>2187 Atlantic Street, 9th Floor<br>Stamford, CT 06902<br>Tel: (917) 572-7701<br>jzaiger@zaigerllc.com |

*Counsel for Defendants Black Diamond Capital Management, L.L.C., BDCM Opportunity Fund IV, L.P., Black Diamond Commercial Finance, L.L.C., Sam Farahnak, and Phil Raygorodetsky*

# CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

PACHULSKI STANG ZIEHL & JONES LLP
Bradford J. Sandler
Colin R. Robinson
Peter J. Keane
919 North Market Street, 17th Floor
P O Box 8705
Tel: 302-652-4100
Fax: 302-652-4400
E-mail: bsandler@pszjlaw.com
    crobinson@pszjlaw.com
    pkeane@pszjlaw.com

COREN & RESS, P.C.
Steven M. Coren, Esq.
Benjamin M. Mather, Esq.
Janice Daul Felix, Esq.
Two Commerce Square
2001 Market Street, Suite 3900
Philadelphia, PA 19103
Tel: 215-735-8700
Fax: 215-735-5170
E-mail: scoren@kcr-law.com
    bmather@kcr-law.com
    jfelix@kcr-law.com

BENESCH, FRIEDLANDER, COPLAN
    & ARONOFF LLP
Jennifer R. Hoover, Esq. (#5111)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Tel: 302-442-7010
jhoover@beneschlaw.com

J. Erik Connolly (*pro hac vice*)
Sven T. Nylen (*pro hac vice*)
71 South Wacker Drive, Suite 1600
Chicago, Illinois 60606-4637
Tel: 312-212-4949
Fax: 312-767-9192
econnolly@beneschlaw.com
snylen@beneschlaw.com

*Counsel to Defendants Rob Archambault, Terry Taft, and Bob Unfried*

*/s/ Seth A. Niederman*
Seth A. Niederman (DE No. 4588)
FOX ROTHSCHILD LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801-3062
Tel.: (302) 654-7444
Fax: (302) 656-8920
sniederman@foxrothschild.com

164012493.1